```
                    FILED - SOUTHERN DIVISION
                    CLERK, U.S. DISTRICT COURT

                          OCT 31 2014

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN LUA, | Case No. CV 14-04955 SJO (AN) |
| Petitioner, | |
| v. | ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| CLARK E. DUCART, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [15]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Objections, which reiterate arguments that were raised in the Petition and thoroughly and accurately addressed in the R&R, are overruled for the reasons set forth in the R&R.

2. The Court accepts the findings and recommendation of the R&R.

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4. All pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: October 31, 2014

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE