JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 3 1 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN LUA,<br><br>              Petitioner,<br><br>       v.<br><br>CLARK E. DUCART, Warden,<br><br>              Respondent. | Case No. CV 14-04955 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 31, 2014

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE